JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JAMES EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　　Defendant(s). | Case No. EDCV 17-1208-PA (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute and comply with court orders.

Dated: June 25, 2018

_____
PERCY ANDERSON
United States District Judge